# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

v.  No. 4:08CR00053 JLH

MICHAEL CURTIS KELLY

## ORDER

Michael Curtis Kelly's motion for early termination of supervised release is GRANTED without objection. Document #33. Kelly's supervised release is hereby terminated and he is discharged.

IT IS SO ORDERED this 1st day of October, 2013.

*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE